UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAWNDRIKA LAWRENCE     CIVIL ACTION

VERSUS     NO. 22-0759

STATE OF LOUISIANA     SECTION: "E"(5)

**O R D E R**

On March 24, 2022, Petitioner filed the instant petition for writ of habeas corpus.[1] On October 31, 2022, Magistrate Judge Michael North issued a Report and Recommendations, recommending Petitioner's petition for writ of habeas corpus be dismissed without prejudice.[2] Petitioner filed objections to the Report and Recommendations on November 14, 2022.[3]

Magistrate judges are empowered by statute to preside over certain pretrial matters upon appointment by a district judge.[4] A district court evaluating a magistrate judge's recommendation may adopt those portions of the recommendation to which no specific objection is made, as long as those sections are not clearly erroneous.[5] However, where a party makes "specific, written objections" within fourteen days after being served with a copy of the magistrate judge's recommendations, the district court must undertake a *de novo* review of those contested aspects of the report.[6] The Court may then "accept, reject, or modify the recommended decision; receive further evidence; or return the matter to the magistrate judge with instructions."[7]

---

[1] R. Doc. 1.
[2] R. Doc. 16.
[3] R. Doc. 17; R. Doc. 18 (manual attachment).
[4] 28 U.S.C. § 636(b)(1)(A) (2018).
[5] 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).
[6] *Id.*
[7] Fed. R. Civ. P. 72(b)(3).

After conducting a *de novo* review of the issues raised by Plaintiff's objections to Magistrate Judge North's Report and Recommendations, the Court overrules those objections and adopts the Report and Recommendations as its own.

**IT IS ORDERED** that the petition of Shawndrika Lawrence for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITHOUT PREJUDICE**.

**New Orleans, Louisiana, this 20th day of December, 2022.**

                                                    **SUSIE MORGAN**
                                    **UNITED STATES DISTRICT JUDGE**